**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 18 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**JULIETTE LOWE,**
**Plaintiff,**
**v.**
**GREYSTAR MANAGEMENT SERVICES, LP,**
**SOMERSET AT THE CROSSINGS APARTMENTS,**
**Defendants.**

**Civil Action No: 1:25-cv-04343-VMC**

# SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND JURY DEMAND

Plaintiff Juliette Lowe alleges as follows:

## I. INTRODUCTION

1. This action arises from Defendants' denial of Plaintiff's request to transfer from Unit 1310 to Unit 1402 at Somerset at the Crossings Apartments.
2. Plaintiff is a Black woman and former tenant of Somerset at the Crossings Apartments.
3. Plaintiff alleges that Defendants processed her transfer request, generated transfer documents, accepted her transfer fee, and then denied the transfer while providing multiple inconsistent explanations.
4. Plaintiff further alleges that Defendants continued permitting resident transfers during the same period Plaintiff was told transfers were unavailable.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 and the Fair Housing Act, 42 U.S.C. § 3601 et seq.
6. Venue is proper in this District because the events giving rise to this action occurred in DeKalb County, Georgia.

## III. PARTIES

7. Plaintiff Juliette Lowe is a Black woman and former resident of Somerset at the Crossings Apartments.

8. Defendant Greystar Management Services, LP managed Somerset at the Crossings Apartments during the relevant period.
9. Defendant Somerset at the Crossings Apartments is a residential apartment community located in DeKalb County, Georgia.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was an existing resident at Somerset at the Crossings Apartments.
11. In July 2024, Plaintiff requested an internal transfer from Unit 1310 to Unit 1402, a three-bedroom apartment.
12. Defendants requested written confirmation of Plaintiff's transfer request.
13. Defendants generated transfer documents identifying Unit 1402, lease terms, rental amounts, and an anticipated move-in date.
14. Plaintiff paid the required $400 transfer fee.
15. Plaintiff reasonably believed the transfer had been approved because Defendants generated transfer documents, assigned a move-in date, and accepted payment.
16. Defendants subsequently revoked or denied Plaintiff's transfer.
17. Defendants provided multiple inconsistent explanations for the denial.
18. Plaintiff was informed that the transfer resulted from a system error.
19. Plaintiff was later informed that onsite transfers were not being conducted.
20. Defendants subsequently stated that Unit 1402 was unavailable.
21. Defendants later represented that no three-bedroom apartments were available.
22. Defendants' explanations changed over time and were inconsistent with each other.
23. Defendants' own resident activity records show that a transfer packet for Plaintiff was created on or about July 16, 2024.
24. Defendants' records further show that Plaintiff's transfer was later reversed or cancelled on or about July 25, 2024.
25. Defendants' records state: "NO ONSITE TRANSFER AT THE TIME PER MANAGEMENT. UNIT UNAVAILABLE".
26. Plaintiff was subsequently informed that transfers were not being conducted, that the transfer resulted from a system error, that Unit 1402 was unavailable, and later that no three-bedroom units were available.
27. Defendants' own Resident Activity Report reflects 31 resident transfers from January 1, 2023, through December 31, 2024, including transfers during the same general period Plaintiff was told onsite transfers were unavailable. Plaintiff attaches a redacted copy of Defendants' Resident Activity Report showing transfer activity during the relevant period.
28. Plaintiff also personally observed, in or around August 2024, an existing resident couple of Indian or South Asian descent being assisted with a transfer in the leasing office during the same period Plaintiff was told onsite transfers were not allowed.

29. Plaintiff asked the leasing agent assisting the couple, "I thought there were no transfers allowed?".
30. The leasing agent responded, "You didn't get your transfer?"
31. The leasing agent who responded, "You didn't get your transfer?" had previously assisted Plaintiff with the transfer process, including walking Plaintiff through the model unit before Plaintiff requested the transfer.
32. This exchange indicated that resident transfers were still occurring despite Defendants' representations to Plaintiff.
33. Defendants' records further show that, after Plaintiff's transfer was cancelled, a Month-to-Month Premium rent charge was added to Plaintiff's account effective September 1, 2024.
34. Plaintiff alleges that, instead of honoring the transfer documents generated for Unit 1402 and the transfer fee accepted from Plaintiff, Defendants required Plaintiff to remain in her existing unit and subjected her to increased rental costs.
35. Upon information and belief, existing residents outside Plaintiff's protected class were permitted to obtain onsite transfers during the same general period Plaintiff's transfer was denied.
36. Plaintiff does not challenge Defendants' authority to deny transfer requests when applied equally and for legitimate business reasons.
37. Plaintiff challenges Defendants' inconsistent and selective applied transfer practices, including processing Plaintiff's transfer request, accepting a transfer fee, generating transfer documents identifying Unit 1402, denying the transfer, representing that transfers were unavailable and then subjecting Plaintiff to increased rental costs despite resident transfer activity occurring during the same period.
38. Plaintiff alleges that Defendants stated reasons for denying the transfer changed over time and were inconsistent with Defendants' own records, supporting an inference that the stated reasons were not the true reasons for the denial.
39. As a result of Defendants' conduct, Plaintiff suffered economic loss, emotional distress, humiliation, inconvenience, increased housing costs and loss of housing opportunity.

**COUNT I**

**FAIR HOUSING ACT – 42 U.S.C. § 3604(b)**

40. Plaintiff incorporates Paragraphs 1 through 40.
41. Defendants denied Plaintiff equal terms, conditions, privileges, services, or facilities in connection with rental housing because of race.
42. Defendants treated Plaintiff differently than similarly situated existing residents outside Plaintiff's protected class.
43. Plaintiff suffered damages as a result.

**COUNT II**

**FAIR HOUSING ACT – 42 U.S.C. § 3604(d)**

44. Plaintiff incorporates Paragraphs 1 through 40.
45. Defendants represented that transfers and housing opportunities were unavailable when transfers and housing opportunities remained available.
46. Plaintiff suffered damages as a result.

**COUNT III**

**FAIR HOUSING ACT – 42 U.S.C. § 3617**

47. Plaintiff incorporates Paragraphs 1 through 40.
48. Defendants interfered with Plaintiff's exercise and enjoyment of rights protected by the Fair Housing Act.
49. Plaintiff suffered damages as a result.

**COUNT IV**

**42 U.S.C. § 1982**

50. Plaintiff incorporates Paragraphs 1 through 40.
51. Defendants intentionally impaired Plaintiff's right to lease and enjoy property on equal terms because of race.
52. Plaintiff suffered damages as a result.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff.
B. Award compensatory damages.
C. Award damages for emotional distress and humiliation.
D. Award punitive damages.
E. Award costs and any fees authorized by law.
F. Grant such additional relief as the Court deems just and proper; and
G. Grant a trial by jury on all issues so triable.

Respectfully submitted,

Juliette Lowe

Plaintiff, Pro Se

Jun 13, 2026

Juliette Lowe

## EXHIBIT SHEET

**Exhibit A** — Transfer Request Email

Description: Somerset requested written confirmation of Plaintiff's transfer request to Unit 1402. Bates No. LOWEVG00001

**Exhibit B** — Transfer Statement / Move-In Statement

Description: Transfer statement identifying Unit 1402, lease terms, rent, and anticipated move-in date of August 18, 2024. Bates No. LOWEVG00002–LOWEVG00003

**Exhibit C** — Plaintiff's Written Transfer Request

Description: Plaintiff's written request to transfer from Unit 1310 to Unit 1402. Bates No. LOWEVG00004

**Exhibit D** — Plaintiff's Follow-Up Regarding Transfer

Description: Plaintiff's July 30, 2024, follow-up asking whether she was "all set" for August 18, 2024, after paying the $400 transfer fee. Bates No. LOWEVG00005

**Exhibit E** — $400 Transfer Fee Payment Confirmation

Description: Payment confirmation showing $400 paid to Somerset for Unit 1402. Bates No. LOWEVG00006

**Exhibit F** — Plaintiff Activity Log / Transfer Cancellation Note

Description: Activity record showing transfer packet created, transfer cancelled, "NO ONSITE TRANSFER AT THE TIME PER MANAGEMENT. UNIT UNAVAILABLE," and month-to-month premium added. Bates No. GRE000124 / LOWEVG00007

**Exhibit G** — Resident Activity Report Showing Transfers

Description: Defendants' Resident Activity Report reflecting 31 resident transfers from January 1, 2023, through December 31, 2024. Bates No. GRE000165–GRE000166 / LOWEVG00008–LOWEVG00009

# TOS to 1402

From: Somerset at the Crossings Manager (somersetcrossingmgr@greystar.com)

To: juliettelowe@ymail.com

Date: Tuesday, July 16, 2024 at 10:11 AM EDT

Hi Ms. Lowe,
Please reply that you are requesting this transfer for our records.
Thank-you!

[redacted] Community Manager
**Somerset at the Crossings** | 100 Summerwalk Parkway | Tucker, GA 30084
**o** 770.938.4211 | somersetcrossingmgr@greystar.com | greystar.com

**The biggest compliment you can give us is a review…**
Click below to review us!

# Move-in statement from Somerset at the Crossing

From: no-reply@realpage.com
To: juliettelowe@ymail.com
Date: Tuesday, July 16, 2024 at 10:37 AM EDT

**Somerset at the Crossing**
100 Summerwalk Pkwy
Tucker , GA 30084-8401
(770) 938-4211
www.somersetcrossingsapts.com
somersetcrossing@greystar.com

**Transfer statement**
**Juliette Lowe**
Move-in 08/18/2024

### Lease information

| | |
|---|---|
| Move in | **08/18/2024** |
| Begin | **08/18/2024** |
| End | **11/17/2025** |
| Leasing consultant | [redacted] |
| Late method* | **Greystar Late Fee** |

**If this is different from the current lease, it will go into effect when the transfer lease does.*

### Resident information

| | |
|---|---|
| Name | **Juliette Lowe** |
| Phone | **(813) 451-9118** |
| Email | **juliettelowe@ymail.com** |

### Unit information

| | |
|---|---|
| Current unit | **1310** |
| Transfer to | **1402** |
| Floor level | **0** |
| Floor plan | **C1Puz** |

### Due at move-in

| | |
|---|---|
| Floorplan deposit, C1Puz (unit 1402) | **0.00** |
| Scheduled billing prorate | |
| Base Rent, unit 1402 | **857.61** |
| Trash Service | **3.16** |
| Pest Control Services | **1.35** |
| Resident Insurance | **5.42** |
| Zero Deposit Waiver | **13.55** |
| Total | **881.09** |

### Scheduled billing

| | |
|---|---|
| Base Rent, unit 1402 | **1,899.00** |
| Trash Service | **7.00** |
| Pest Control Services | **3.00** |
| Resident Insurance | **12.00** |
| Zero Deposit Waiver | **30.00** |
| Total | **1,951.00** |

**Does not include utility billing.*

### Specials

Selected special

### Payments made

Total

| | |
|---|---|
| Bedrooms / bathrooms | **3/2** |
| Square feet | **1550** |
| Address | **1402 Summerwalk Parkway<br>Tucker , GA 30084** |

**Payment schedule /**

| | | | |
|---|---|---|---|
| Aug 2024 **881.09** | Dec 2024 **1951.00** | Apr 2025 **1951.00** | Aug 2025 **1951.00** |
| Sep 2024 **1951.00** | Jan 2025 **1951.00** | May 2025 **1951.00** | Sep 2025 **1951.00** |
| Oct 2024 **1951.00** | Feb 2025 **1951.00** | Jun 2025 **1951.00** | Oct 2025 **1951.00** |
| Nov 2024 **1951.00** | Mar 2025 **1951.00** | Jul 2025 **1951.00** | Nov 2025 **1105.57** |

**INSURANCE BENEFITS**

If you are like most renters, you probably think that you do not need renters� insurance. Did you know that the owner of this apartment community is not responsible for and does not insure your personal property? In addition, you may be held responsible for loss or damage that you or your guests may accidentally cause.

As an added service to our residents, the management of this apartment community is working with a leading insurance company to offer you high quality, low cost insurance protection. The e.RenterPlan insurance products available to you as a resident of this community include a Renter�s Insurance policy covering your personal property and liability, and the other a Personal Liability policy only. Both offer affordable coverage options designed specifically for residents of professionally managed apartment communities.

If you elect to obtain coverage from another insurance carrier you will be asked to furnish the name of the selected insurance company, the policy number, and the effective and expiration dates of your policy when you complete the lease transaction.

Written information about the insurance programs available to the residents of this community can be obtained at the leasing office.

More detailed information can be found at
www.eRenterPlan.com.

LOWEVG00004

# Re: TOS to 1402

From: Juliette Lowe (juliettelowe@ymail.com)
To: somersetcrossingmgr@greystar.com
Date: Wednesday, July 17, 2024 at 09:09 AM EDT

Good morning [redacted],

This is a written request to transfer from 1310 to 1402 apartment unit.

Thank you for taking the time to speak with me regarding transferring apartment units. I will pay the fees associated with the transfer from 1310 to 1402.

> On Tuesday, July 16, 2024 at 10:11:08 AM EDT, Somerset at the Crossings Manager <somersetcrossingmgr@greystar.com> wrote:
>
> Hi Ms. Lowe,
> Please reply that you are requesting this transfer for our records.
> Thank-you!
>
> [redacted]Community Manager
> **Somerset at the Crossings** | 100 Summerwalk Parkway | Tucker, GA 30084
> o 770.938.4211 | somersetcrossingmgr@greystar.com | greystar.com
>
> **The biggest compliment you can give us is a review...**
> Click below to review us!

## Re: TOS to 1402

From: Juliette Lowe (juliettelowe@ymail.com)

To: somersetcrossingmgr@greystar.com

Date: Tuesday, July 30, 2024 at 12:44 PM EDT

Good afternoon Amy,

I am checking in to make sure we are all set for 8/18/24. I made the $400 transfer fee a few weeks ago.

Sent from Yahoo Mail for iPhone

On Tuesday, July 16, 2024, 10:11 AM, Somerset at the Crossings Manager <somersetcrossingmgr@greystar.com> wrote:

Hi Ms. Lowe,

Please reply that you are requesting this transfer for our records.

Thank-you!

[redacted] | Community Manager

**Somerset at the Crossings** | 100 Summerwalk Parkway | Tucker, GA 30084

o 770.938.4211 | somersetcrossingmgr@greystar.com | greystar.com

**The biggest compliment you can give us is a review....**

Click below to review us!

LOWEVG00006

Somerset at the Crossing - Payment Confirmation

From: Somerset at the Crossing (somerset_at_the_crossing@mail.welcomehome.com)

To: juliettelowe@ymail.com

Date: Wednesday, July 17, 2024 at 06:17 PM EDT

## Payment Confirmation

Please be sure to keep this email as your receipt confirmation.
If you paid from a bank account, this payment will be withdrawn on the next business day.

Dear Juliette,

Thanks for your payment to Somerset at the Crossing for Unit#1402 from Bank account ending [redacted]

| | | | |
|---|---|---|---|
| Confirmation#: | 1GKJNF6RA01 | Payment Date: | 7/17/2024 |
| Payment Amount: | $400.00 | Convenience Fee: | $0.00 |
| Total Amount: | $400.00 | | |

**Please contact your property if you have questions about this transaction.**

**Your Account Payment has been initiated. Please allow up to 3 business days, not including bank holidays, for this transaction to clear your account. This is confirmation that the transaction has been initiated and is pending approval from your bank.**

Sincerely,
Somerset at the Crossing

To unsubscribe, click here.

LOWEVG00007



Outlook

## Lowe, Juliette (Unit 1310) - Inventory Form -Notice Confirmation

**From** Somerset at the Crossings Assistant Manager [redacted]
**Date** Tue 10/7/2025 5:32 PM
**To** Somerset at the Crossings Manager [redacted]

1 attachment (242 KB)
INVENTRY (14).pdf;

Inventory form attached. As of right now, I cannot find the actual renewal form. However, in the activity I do see you generated. I'm sure it may have not been sent due to her owing a balance.

Somerset At The Crossings | 100 Summerwalk Parkway | Tucker, GA 30084

**Lowe, Juliette (Unit 1310)**

Status **Former resident**
Balance $ 0.00 What's this?
Current charges $ **2,521.00**
Deposits held **$ 0.00**

Summary | Lease details | Ledger | Miscellaneous | Letters & notices | Docs | Follow-up | Activity | FAS

**Activity** Record activity | Print activity

| Actions | Date | Activity | Leasing consultant | Notes |
|---|---|---|---|---|
| | 01/07/2024 | Edit Lease | [redacted] | "Do not allow money order payment" was unselected |
| Edit | 07/15/2024 | General note | [redacted] | Put in a TOS and changed the rent amount to the Property Website listing of $1,899. |
| | 07/16/2024 | Quote | [redacted] | |
| | 07/16/2024 | Document Manage... | [redacted] | 2024-08 GA_Transfer Packet - Juliette Lowe was created on 07/16/2024 9:36:39 AM |
| | 07/16/2024 | E-mail | [redacted] | Move-in statement from Somerset at the Crossing |
| | 07/25/2024 | Reverse Give Notice | [redacted] | Notice given for transfer cancelled on 07/25/2024 |
| Edit | 07/25/2024 | General note | [redacted] | NO ONSITE TRANSFER AT THE TIME PER MANAGEMENT. UNIT UNAVAILABLE. |
| | 08/26/2024 | General Note | [redacted] | Month To Month Premium transaction effective 09/01/2024 was added. |
| | 09/09/2024 | General Note | [redacted] | Scheduled transaction Base Rent (RENT), begin date 01/10/2023, end date 12/31/2... |
| | 09/13/2024 | Edit Lease | [redacted] | "Do not allow check payment" was selected |
| | 09/13/2024 | Edit Lease | [redacted] | "Do not allow money order payment" was selected |
| | 09/24/2024 | Online Renewal - Le... | [redacted] | Lease offers emailed to juliettelowe@ymail.com on Sep 24, 2024. Renewal offer is a... |
| | 09/24/2024 | Document Manage... | [redacted] | 2024-10 GA_Renewal Packet - Juliette Lowe was created on 09/24/2024 4:01:46 PM |
| | 10/08/2024 | Edit Lease | [redacted] | "Do not allow check payment" was unselected |
| | 10/08/2024 | Edit Lease | [redacted] | "Do not allow money order payment" was unselected |
| | 10/20/2024 | Original Notice | [redacted] | Notice given for move out on 10/18/2024 for 11/16/2024, reason: Rented home/co... |
| | 10/20/2024 | Document Manage... | [redacted] | 2024-10 GA_Renewal Packet - Juliette Lowe was deleted on 10/20/2024 2:07:03 PM |
| Edit | 10/21/2024 | Document Manage... | [redacted] | Spoke with resident, informed her of the responsibility for the remaining days. She c... |

Page 6 of 9 4 5 6 7 8

[redacted] | somersetcrossingamgr@greystar.com | greystar.com

**Somerset at the Crossing**

**The biggest compliment you can give us is a review...**

Click below to review us!

LOWEVG00008

OneSite Rents v3.0
04/21/2026 10:06:36AM

OneSite Reports - Somerset at the Crossing

# RESIDENT ACTIVITY

01/01/2023 through 12/31/2024

Page 1 of 2
120.080.324

Parameters: Sort by -Unit ; Resident Status -Transfers ; Program - All

TRANSFERS

| | Status | Bldg/Unit | New Lease or Renewal | Reason for move | Days Occupied | From Bldg/Unit | Transfered on Date | Original Move In Date | Deposits On Hand | Ledger Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | Current resident | [redacted] | R | Transfer due to Location on Property | 1112 | [redacted] | 04/05/2023 | 07/08/2022 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Location on Property | 1117 | [redacted] | 03/31/2023 | 08/30/2021 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 347 | [redacted] | 08/01/2024 | 08/05/2023 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Location on Property | 526 | [redacted] | 11/11/2024 | 09/18/2023 | 1,601.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Location on Property | 732 | [redacted] | 04/19/2024 | 01/07/2022 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer to a Larger Apartment | 624 | [redacted] | 08/05/2024 | 12/23/2023 | 1,323.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Financial Status Change | 912 | [redacted] | 10/22/2023 | 10/04/2019 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Familial Status Change | 425 | [redacted] | 07/06/2023 | 09/30/2022 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 177 | [redacted] | 03/26/2024 | 01/31/2024 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 39 | [redacted] | 08/24/2024 | 06/01/2024 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 258 | [redacted] | 04/14/2023 | 04/13/2023 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 3 | [redacted] | 04/28/2023 | 01/14/2022 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Familial Status Change | 336 | [redacted] | 08/03/2023 | 07/08/2022 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Familial Status Change | 443 | [redacted] | 11/06/2024 | 01/27/2024 | 500.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer to a Larger Apartment | 395 | [redacted] | 05/03/2024 | 07/03/2023 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer to a Larger Apartment | 1142 | [redacted] | 03/06/2023 | 03/18/2013 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Neighbors | 252 | [redacted] | 07/18/2023 | 06/23/2023 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 203 | [redacted] | 12/18/2024 | 06/27/2024 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Neighbors | 1034 | [redacted] | 08/22/2023 | 04/01/2015 | 0.00 | 0.00 |
| [redacted] | Current resident | [redacted] | R | Transfer due to Amenities | 1065 | [redacted] | 05/02/2023 | 04/28/2023 | 0.00 | 0.00 |
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 216 | [redacted] | 12/12/2024 | 12/29/2021 | 0.00 | 0.00 |

GRE000165

LOWEVG00009

OneSite Rents v3.0
04/21/2026 10:08:38AM

OneSite Reports - Somerset at the Crossing

**RESIDENT ACTIVITY**

01/01/2023 through 12/31/2024

Page 2 of 2
120.080.324

Parameters: Sort by -Unit ; Resident Status -Transfers ; Program - All

Continued from previous page

**TRANSFERS**

| | Status | Bldg/Unit | New Lease or Renewal | Reason for move | Days Occupied | From Bldg/Unit | Transfered on Date | Original Move In Date | Deposits On Hand | Ledger Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | Former resident | [redacted] | NL | Transfer due to Location on Property | 131 | [redacted] | 05/31/2024 | 06/05/2015 | 0.00 | 0.00 |
| | Current resident | [redacted] | R | Transfer due to Location on Property | 955 | [redacted] | 09/09/2023 | 07/01/2022 | 0.00 | 0.00 |
| | Former resident | [redacted] | NL | Transfer due to Location on Property | 458 | [redacted] | 08/28/2024 | 08/27/2024 | 0.00 | 0.00 |
| | Former resident | [redacted] | NL | Transfer due to Location on Property | 36 | [redacted] | 02/13/2024 | 01/31/2024 | 500.00 | 0.00 |
| | Former resident | [redacted] | NL | Transfer due to Amenities | 486 | [redacted] | 05/31/2024 | 04/27/2024 | 0.00 | 0.00 |
| | Current resident | [redacted] | R | Transfer to a Larger Apartment | 969 | [redacted] | 08/26/2023 | 07/29/2020 | 0.00 | 0.00 |
| | Current resident | [redacted] | R | Transfer due to Location on Property | 605 | [redacted] | 08/24/2024 | 07/26/2018 | 0.00 | 0.00 |
| | Current resident | [redacted] | R | Transfer due to Location on Property | 761 | [redacted] | 03/21/2024 | 02/13/2024 | 500.00 | 0.00 |
| | Current resident | [redacted] | R | Transfer to a Larger Apartment | 818 | [redacted] | 01/24/2024 | 02/01/2023 | 0.00 | 0.00 |
| | Former resident | [redacted] | NL | Transfer due to Location on Property | 365 | [redacted] | 08/05/2024 | 05/18/2024 | 0.00 | 0.00 |

**Totals = Transfers: 31**

JULIETTE LOWE
3104 E EMMA STREET
TAMPA, FL 33610

Clerk's Office
United States District Court
For the Northern District of Georgia
75 Ted Turner Drive, SW
Rm. 2211
Atlanta, GA 30303

FedEx

Envelope

Recycle me

Align top of FedEx® shipping label here

ORIGIN ID:KYOA (864) 784-1055
JULIETTE LOWE

3104 E EMMA ST

TAMPA, FL 33610
UNITED STATES US

SHIP DATE: 13JUN26
ACTWGT: 0.25 LB
CAD: 6570826/ROSA2710

TO CLERK'S OFFICE NDOG
UNITED STATES DISTRICT COURT
75 TED TURNER DRIVE SOUTHWEST
RM 2211
ATLANTA GA 30303

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

TUE - 16 JUN 5:00P
** 2DAY **

TRK# 0201 8730 3828 2794

SP QFEA

30303
GA-US ATL

Part # 156297-435 RRDB EXP 05/27

4314 TUE 06/16 08:15 1617476
UNITED STATES DISTRICT COURT
75 TED TURNER DR SW
STE 2211
ATLANTA GA 30303-3343-99
526-7511
E
ETP: 1 SP:PD:100:Y
1001908711980003030308730382827940

4314 THU 06/18 07:22 30303-3343-99
75 TED TURNER DR SW ATLANTA,GA
526-5549
ETP: 2 SP:PD:100:Y

4314 WED 06/17 07:36 30303-3343-99
75 TED TURNER DR SW ATLANTA,GA
526-5597
ETP: 2 SP:PD:100:Y

JUN 2026